UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 25-00049-KK-SPx | Date: | March 26, 2025 |
| Title: | *Liqing Liu v. David M. Radel* | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE**

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Dismissing the Action

On March 10, 2025, defendant David M. Radel filed a Notice of Mootness. ECF Docket No. ("Dkt.") 8. On March 10, 2025, the Court issued an Order instructing plaintiff Liqing Liu ("Plaintiff") to file a notice of voluntary dismissal or a statement indicating why the action is not moot. Dkt. 9. Plaintiff was warned that failure to comply would result in the action being dismissed. Id.

To date, Plaintiff has not complied with the March 10, 2025 Order. Thus, this action is hereby **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.